BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brianna.smith@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Betty Chames,<br><br>      Plaintiff,<br><br>v.<br><br>Robert Wilkie, Secretary, Department of Veterans Affairs, Agency,<br><br>      Defendant. | Case No. 2:20-cv-01071-KJD-NJK<br><br>**Joint Status Report (ECF No. 15)** |

The parties jointly request an additional 60 days to submit a stipulation for dismissal of the case. *See* ECF No. 15. Plaintiff was unable to complete certain paperwork as a term of the settlement due a glitch in the VA system which created a delay but has now been resolved. The parties respectfully request a continuance to submit their stipulation for dismissal to **January 15, 2021**.

Dated this 16th day of November 2020.

| | |
|---|---|
| JESSE SBAIH & ASSOCIATES, LTD.<br><br>*/s/ Jesse Sbaih*<br>JESSE SBAIH<br>170 S. Green Valley Pkwy. Suite 280<br>Henderson, NV 89012<br>*Attorney for Plaintiff* | NICHOLAS A. TRUTANICH<br>United States Attorney<br><br>*/s/ Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |

                                                **IT IS SO ORDERED**

                                                **DATED:** 4:55 pm, November 20, 2020

                                                **BRENDA WEKSLER**
                                                **UNITED STATES MAGISTRATE JUDGE**