BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brianna.smith@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Betty Chames, | Case No. 2:20-cv-01071-KJD-NJK |
| Plaintiff, | |
| v. | **Joint Status Report (ECF No. 15)** |
| Robert Wilkie, Secretary, Department of Veterans Affairs, Agency, | |
| Defendant. | |

The parties jointly request an additional 60 days to submit a stipulation for dismissal of the case. *See* ECF No. 15. The parties anticipate the settlement can be completed within the next 60 days. Accordingly, the parties respectfully request a continuance to submit their stipulation for dismissal to **March 15, 2021**.

Dated this 15th day of January 2021.

| | |
|---|---|
| JESSE SBAIH & ASSOCIATES, LTD. | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Jesse Sbaih*<br>JESSE SBAIH<br>170 S. Green Valley Pkwy. Suite 280<br>Henderson, NV 89012<br>*Attorney for Plaintiff* | */s/ Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |

## ORDER
**IT IS SO ORDERED**

**DATED:** 12:10 pm, January 20, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**