1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  BRIANNA SMITH
   Assistant United States Attorney
3  Nevada Bar No. 11795
   501 Las Vegas Blvd. So., Suite 1100
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  brianna.smith@usdoj.gov

6  *Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Betty Chames, | Case No. 2:20-cv-01071-KJD-NJK |
|---|---|
| Plaintiff, | **Joint Status Report (ECF No.** 15**)** |
| v. | |
| Robert Wilkie, Secretary, Department of Veterans Affairs, Agency, | |
| Defendant. | |

The parties jointly request an additional 60 days to submit a stipulation for dismissal of the case. *See* ECF No. 15. The anticipated retirement has been completed and Defendant will move forward with processing the settlement with the judgment fund. The judgment fund generally takes 30 days to process a settlement and disburse the funds. There may be incidental delays due to the pandemic.

. . .

. . .

. . .

. . .

. . .

. . .

Accordingly, the parties respectfully request a continuance to submit their stipulation for dismissal to **July 15, 2021**.

Dated this 15th day of March 2021.

| | |
|---|---|
| JESSE SBAIH & ASSOCIATES, LTD. | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Jesse Sbaih*<br>JESSE SBAIH<br>170 S. Green Valley Pkwy. Suite 280<br>Henderson, NV 89012<br>*Attorney for Plaintiff* | */s/ Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
HONORABLE BRENDA WEKSLER

DATED: 3/18/2021

2