CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brianna.smith@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Betty Chames,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Robert Wilkie, Secretary, Department of Veterans Affairs, Agency,<br><br>　　　　Defendant. | Case No. 2:20-cv-01071-KJD-NJK<br><br>**Stipulation of Dismissal** |

It is hereby stipulated, by and between plaintiff Betty Chames and defendant United States of America on behalf of Robert Wilkie, Secretary for the United States Department

. . .

. . .

. . .

. . .

. . .

. . .

of Veterans Affairs (VA), that Plaintiff's Complaint against the United States of America be dismissed with prejudice, with each party to bear their own fees and costs.

Dated this 14th day of April, 2021.

| JESSE SBAIH & ASSOCIATES, LTD. | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ Jesse Sbaih<br>JESSE SBAIH<br>170 S. Green Valley Pkwy. Suite 280<br>Henderson, NV 89012<br>*Attorney for Plaintiff* | /s/ Brianna Smith<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** 4/15/2021